Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 7, 2026

***Via Email & CM/ECF***
The Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 7, 2026

**Re: *United States v. Miguel Demoya-Garcia***
**26 Cr. 463 (RA)**

Dear Judge Abrams,

On October 1, 2026, the Court sentenced Miguel Demoya-Garcia to time served, with no supervised release to follow. I write to respectfully request that the Court authorize Pre-Trial Services to release Mr. Demoya-Garcia's passport to him now that his case is complete.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: AUSA Matthew Weinberg
AUSA Alexandra Messiter